# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Lehan

        Plaintiff.　　　　　　　　　Civil 09-1222 (PAM/SRN)

v.

        　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

Mitchell B. Yellen

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April __27__ , 2010

                                              s/Paul A. Magnuson  
                                              Paul A. Magnuson, Judge  
                                              United States District Court